## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QINGDAO MAXWELL COMMERCIAL AND TRADING COMPANY, LTD., *Plaintiff,* | CIVIL ACTION NO. 23-4518 |
| v. | |
| ZERO TECHNOLOGIES, LLC, *Defendant.* | |

## ORDER

**AND NOW**, this 2nd day of April 2024, upon consideration of Zero Technologies' Motion to Dismiss (ECF No. 15), Qingdao Maxwell Commercial and Trading Company's Response (ECF No. 18), Zero Technologies' Reply (ECF No. 19), and all relevant filings, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.